**Order entered November 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00673-CR

### OSCAR AVILA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-71796-M**

## ORDER

The Court **REINSTATES** the appeal.

On October 22, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On November 15, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the October 22, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     LANA MYERS
         JUSTICE